UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
LARRY G. PHILPOT,

        Plaintiff,　　　　　　　　　　　Index No.: 16-cv-1277 (DLC)

        v.　　　　　　　　　　　　　　　NOTICE OF MOTION TO
　　　　　　　　　　　　　　　　　　　　WITHDRAW AS COUNSEL OF
MUSIC TIMES LLC,　　　　　　　　　　　RECORD

        Defendant.
-------------------------------------------------------------

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and Declaration of Richard M. Garbarini, Garbarini FitzGerald P.C. hereby moves this Court pursuant to Southern District of New York Local Civil Rule 1.4, Garbarini FitzGerald P.C. for an Order permitting counsel to withdraw as counsel of record for plaintiff Larry G. Philpot.

Dated:　　New York, New York
　　　　　　April 15, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　GARBARINI FITZGERALD P.C.

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Richard M. Garbarini
　　　　　　　　　　　　　　　　　　　　　　　rgarbarini@garbarinilaw.com
　　　　　　　　　　　　　　　　　　　　　　　250 Park Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10177
　　　　　　　　　　　　　　　　　　　　　　　Phone: 212.300.5358
　　　　　　　　　　　　　　　　　　　　　　　Fax: 888.265.7054

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2016, a true and correct copy of the foregoing NOTICE OF MOTION TO WITHDRAW, MEMORANDUM OF LAW, PROPOSED ORDER and DECLARATION OF RICHARD M. GARBARINI was served on all counsel via this Court's ECF system and on Plaintiff Larry G. Philpot by e-mail to larry@backstage.com and by mailing a true and correct copy to:

Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236

AND

Music Times LLC
y.anderson@andersonandassociatesllp.com
305 Broadway, 14th Floor
New York, NY 10007

Dated: April 16, 2016                                    GARBARINI FITZGERALD P.C.

                                                         By: _____
                                                              Richard Garbarini