AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LARRY G PHILPOT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16-cv-1277 |
| MUSIC TIMES LLC d/b/a/ MUSICTIMES.COM ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Larry G Philpot

Date:   06/09/16

s/ Michael Radigan
*Attorney's signature*

Michael Radigan 2077402
*Printed name and bar number*

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana CA 92705
*Address*

radiganlaw@aol.com
*E-mail address*

714-617-8357
*Telephone number*

714-597-6559
*FAX number*