Case 1:16-cv-01277-DLC-DCF   Document 22   Filed 06/10/16   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
LARRY G. PHILPOT,                         :    16cv1277 (DLC)
                       Plaintiff,         :
                                          :
        -v-                               :    ORDER
                                          :
MUSIC TIMES LLC d/b/a MUSICTIMES.COM,     :
                                          :
                       Defendant.         :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/16

DENISE COTE, District Judge:

At noon on June 10, 2016, a hearing was held to address the Court's April 28 order requiring the defendant to show cause why a default judgment should not be entered against it. The defendant did not appear at the hearing before it concluded. At approximately 12:20, however, an individual by the name of Marilyn Wong came to the courtroom. She identified herself as the owner of the defendant entity, Music Times LLC. She said that she does not currently have an attorney to represent her in this case. A limited liability company may not appear pro se in federal court. Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, it is hereby

ORDERED that, if an attorney for the defendant does not enter an appearance and respond to the application for an entry of a default by Friday, July 1, a default shall be entered

against the defendant and the matter will be referred to Magistrate Judge Freeman for an inquest to assess damages.

IT IS FURTHER ORDERED that the plaintiff must serve a copy of this order on the defendant by 5:00 p.m. on Tuesday, June 14, and shall file proof of such service on ECF.

Dated:   New York, New York
         June 10, 2016

_____
DENISE COTE
United States District Judge